Form 210A (10/06)                    **United States Bankruptcy Court**

                                     EASTERN DISTRICT OF PA

In Re: FORTESCUE; JILL                                    Case No.  0912545

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                        TARGET NATIONAL BANK
-----------------------------------------                 ------------------------------------------
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known): 1
should be sent:                                           Amount of Claim: $5,143.99
POB 41067                                                 Date Claim Filed: 04/16/2009
NORFOLK, VA 23541

Phone: (877)829-8298                                      Phone: (612) 307-5996
Last Four Digits of Acct # :  7632                        Last Four Digits of Acct #:

Name and Address where transferee payments                Seller Information
Should be sent (if different from above)                  TARGET NATIONAL BANK
PO Box 12914                                              3701 Wayzata Blvd
NORFOLK, VA 23541                                         Minneapolis MN 55416

Phone: (877)829-8298
Last Four Digits of Acct # : 7632


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Dolores Garcia                                    Date: 6/23/2009
    -----------------------------------------
       Transferee/Transferee's Agent


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571