B6F (Official Form 6F) (12/07)

In re    **Edward J Fortescue, Sr,**
**Jill L Fortescue**

Case No.    09-12545

Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Horse Racing | | | | |
| Allen Bonnell 221 Archery Club Road New Ringgold, PA 17960 | | H | | | | | |
| Account No. 248554264 | | | Direct TV | | | | 500.00 |
| Allied Interstate, Inc. 435 Ford Road Suite 600 Minneapolis, MN 55426 | | J | | | | | |
| Account No. 420-6011-0289-2244 | | | Polaris - Quad Company | | | | 288.00 |
| Arrow Financial Sevice 5996 W. Toumy Avenue Niles, IL 60714 | | H | | | | | |
| Account No. 89664 | | | Clothing and personal items | | | | 6,423.35 |
| Boscovs PO Box 17642 Baltimore, MD 21297-1642 | | H | | | | | 117.84 |

_5_  continuation sheets attached

Subtotal
(Total of this page)    7,329.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  Edward J Fortescue, Sr,
       Jill L Fortescue

Case No.   09-12545

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Medical Treatment | | | | |
| Bryn Mawr Hospital 130 South Bryn Mawr Avenue Bryn Mawr, PA 19010 | | J | | | | | | 500.00 |
| Account No. | | | | Horse Boarding | | | | |
| Cedar Lane Farm 14 Kratz Road Harleysville, PA 19438 | | H | | | | | | 400.00 |
| Account No. 1070271916 | | | | 3/7/09 Deficiency on 2003 Land Rover | | | | |
| Chase 800 Brooksedge Blvd. Westerville, OH 43081 | | J | | | | | | 1,000.00 |
| Account No. 10702715161104 | | | | 200 Ford Exployer Debtor's are turning in Ford to eliminate car payment | | | | |
| Chase Auto Loan 800 Brooksedge Blvd. Westerville, OH 43081 | | J | | | | | | 2,446.91 |
| Account No. 540168301762 | | | | Household necessities and clothing | | | | |
| Chase Credit Card 800 Brooksedge Blvd. Westerville, OH 43081 | | J | | | | | | 476.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    4,822.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Fortescue, Sr,**
       **Jill L Fortescue**

Case No. ___**09-12545**___

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Horse Boarding | | | | |
| Clovis Crane 708 Greble Road Lebanon, PA 17046 | | H | | | | | | |
| | | | | | | | | 1,600.00 |
| Account No. | | | | 8/23/06 | | | | |
| Deutsche Bank Trust Company Americas as Trustee for Residential Funding Company, LLC 1100 Corporate Center Drive Raleigh, NC 27607-5066 | | J | | 1st Mortgage on 1517 Muhlenburg Drive, Blue Bell, PA, 19422-2616 | | | | |
| | | | | | | | | 9,564.67 |
| Account No. 29716-0404 | | | | Clothing at Old Navy for children | | | | |
| GE Capital Aegis Receivables Management, Inc. PO Box 404 Fort Mill, SC | | W | | | | | | |
| | | | | | | | | 439.02 |
| Account No. 7145010086 | | | | Personal loan used to consolidate debt | | | | |
| HFC PO Box 1547 Chesapeake, VA 23327 | | J | | | | | | |
| | | | | | | | | 12,932.00 |
| Account No. | | | | 2005 Taxes | | | | |
| Internal Revenue Service 600 Arch Street Philadelphia, PA 19106-1611 | | J | | | | | | |
| | | | | | | | | 183.48 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,769.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Fortescue, Sr,**
         **Jill L Fortescue**

Case No. __**09-12545**__

Debtors

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **1221** | | | | | 4/15/09 Medical treatment | | | | |
| LMG Family Practice PC 1019 S. Broad Street Lansdale, PA 19446-5338 | | H | | | | | | | |
| | | | | | | | | | 100.00 |
| Account No. | | | | | Horse Racing | | | | |
| Murray Rojas Racing 81 Huckleberry Road Jonestown, PA 17038 | | H | | | | | | | |
| | | | | | | | | | 2,200.00 |
| Account No. 580044021 | | | | | April 2009 Medical treatment | | | | |
| NovaCare P.O. Box 827523 Blue Bell, PA 19422-3616 | | H | | | | | | | |
| | | | | | | | | | 1,390.00 |
| Account No. 62591 | | | | | Cigarette Taxes | | | | |
| PA Department of Revenue Bureau of Business Trust Fund Taxes Harrisburg, PA 17128-0910 | | H | | | | | | | |
| | | | | | | | | | 2,593.74 |
| Account No. | | | | | Horse Racing | | | | |
| Penn National Raceway 777 Hollywood Boulevard Grantville, PA 17028 | | H | | | | | | | |
| | | | | | | | | | 50.00 |

Sheet no. _**3**_ of _**5**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,333.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Fortescue, Sr,**
**Jill L Fortescue**
_____
Debtors

Case No. _____09-12545_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## AMENDED
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | | Horse Boarding | | | | |
| Pewter Stables Kathleen Demasi 167 Ewan Road Mullica Hill, NJ 08062 | | H | | | | | | | |
| **Account No. 4352-3767-0087-7632** | | | | | Household necessities, groceries and clothing | | | | 6,000.00 |
| Target National Bank c/o Patenaude & Felix, A.P.C. 213 East Main Street Carnegie, PA 15106 | | | | J | | | | | |
| **Account No.** | | | | | Horse Medical Treatment | | | | 5,143.99 |
| Thoroughbred Veterinary Services PO Box 449 Point Pleasant, PA 18950 | | H | | | | | | | |
| **Account No.** | | | | | Horse Boarding | | | | 800.00 |
| Twin Ponds Richard Simoff PO Box 188 Lewisville, PA 19351 | | H | | | | | | | |
| **Account No. 610278707** | | | | | Telephone services | | | | 1,000.00 |
| Verizon Pennsylvania, Inc. 500 Technology Drive Saint Charles, MO 63304 | | | | J | | | | | |
| | | | | | | | | | 111.00 |

Sheet no. **4** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,054.99**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Fortescue, Sr,**              Case No. ___**09-12545**___
         **Jill L Fortescue**

Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | H | | Cell phone services | | | | |
| **Verizon Wireless** c/o Miracle Financial, Inc. 52 Armstrong Road Plymouth, MA 02360-4807 | | | | | | | | |
| Account No. 4386-5422-1246-7465 | | J | | 1517 Muhlenburg Drive Blue Bell, PA  19422-3616 | | | | 1,038.18 |
| **Wachovia Bank, N.A.** Prime Equity Line PO Box 98074 Charlotte, NC 28296-0064 | | | | | | | | |
| Account No. | | | | | | | | 38,781.25 |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 39,819.43 |
| Total (Report on Summary of Schedules) | 96,129.43 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Edward J Fortescue, Sr,
      Jill L Fortescue

Case No. ___09-12545___

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **10702715161104**<br><br>Chase Auto Loan<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | J | | | | January 2007<br><br>Title<br><br>2002 Ford Explorer | | | | | |
| | | | | | Value $           5,000.00 | | | | 7,446.91 | 2,446.91 |
| Account No. 003-7635167-001<br><br>Dell Financial Services<br>PO Box 5292<br>Carol Stream, IL 60197-5292 | J | | | | Purchase Money Security Interest<br><br>Dell Computer | | | | | |
| | | | | | Value $             300.00 | | | | 506.81 | 206.81 |
| Account No.<br><br>Deutsche Bank Trust Company Americas as Trustee for Residential Funding Company, LLC<br>1100 Corporate Center Drive<br>Raleigh, NC 27607-5066 | J | | | | 8/23/06<br><br>1st Mortgage<br><br>1517 Muhlenburg Drive<br>Blue Bell, PA 19422-3616 | | | | | |
| | | | | | Value $         234,500.00 | | | | 244,064.67 | 9,564.67 |
| Account No. 4386-5422-1246-7465<br><br>Wachovia Bank, N.A.<br>Prime Equity Line<br>PO Box 98074<br>Charlotte, NC 28296-0064 | J | | | | 2nd Mortgage<br><br>1517 Muhlenburg Drive<br>Blue Bell, PA 19422-3616 | | | | | |
| | | | | | Value $         234,500.00 | | | | 38,927.30 | 0.00 |

  __0__  continuation sheets attached

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 290,945.69 | 12,218.39 |
| Total<br>(Report on Summary of Schedules) | 290,945.69 | 12,218.39 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re    **Edward J Fortescue, Sr,**
         **Jill L Fortescue**                                    Case No. ___09-12545___
_____
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Totals" on the last sheet of the completed schedule. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edward J Fortescue, Sr,**
     **Jill L Fortescue**

Case No. \_\_\_\_ **09-12545**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | 2005 | | | | | |
| **Internal Revenue Service** **600 Arch Street** **Philadelphia, PA 19106-1611** | | J | Taxes | | | | | 0.00 |
| Account No. | | | | | | | 444.41 | 444.41 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet \_**1**\_\_ of \_**1**\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Total of this page) | | 444.41 | 0.00 |
| | | | 444.41 |
| Total (Report on Summary of Schedules) | | 444.41 | 0.00 |
| | | | 444.41 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  : CHAPTER 13

EDWARD J. FORTESCUE, SR.               : BKY. NO. 09-12545
JILL L. FORTESCUE,
        Debtors                        :

## DEBTORS' SUPPLEMENT TO MATRIX

The Debtor in the above-captioned case hereby supplements the Matrix filed in this case, pursuant to Fed. R. Bankr. P.1007-2(e).

Dated: 11/2/09

                                /s/ Morton J. Grabel
                                Morton J. Grabel, Esquire

B6F (Official Form 6F) (12/07)

In re    **Edward J Fortescue, Sr,**
        **Jill L Fortescue**
                                                                Case No. ___**09-12545**___
_____
                        Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allen Bonnell**<br>**221 Archery Club Road**<br>**New Ringgold, PA 17960** | | H | **Horse Racing** | | | | 500.00 |
| Account No. **248554264**<br><br>**Allied Interstate, Inc.**<br>**435 Ford Road**<br>**Suite 600**<br>**Minneapolis, MN 55426** | | J | **Direct TV** | | | | 288.00 |
| Account No. **420-6011-0289-2244**<br><br>**Arrow Financial Sevice**<br>**5996 W. Toumy Avenue**<br>**Niles, IL 60714** | | H | **Polaris - Quad Company** | | | | 6,423.35 |
| Account No. **89664**<br><br>**Boscovs**<br>**PO Box 17642**<br>**Baltimore, MD 21297-1642** | | H | **Clothing and personal items** | | | | 117.84 |
| **5**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 7,329.19 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:40236-090528   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Fortescue, Sr,**                                      Case No. _____**09-12545**_____
         **Jill L Fortescue**
_____
                          Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bryn Mawr Hospital** <br> **130 South Bryn Mawr Avenue** <br> **Bryn Mawr, PA 19010** | | J | | **Medical Treatment** | | | | **500.00** |
| Account No. <br><br> **Cedar Lane Farm** <br> **14 Kratz Road** <br> **Harleysville, PA 19438** | | H | | **Horse Boarding** | | | | **400.00** |
| Account No. **1070271916** <br><br> **Chase** <br> **800 Brooksedge Blvd.** <br> **Westerville, OH 43081** | | J | | **3/7/09** <br> **Deficiency on 2003 Land Rover** | | | | **1,000.00** |
| Account No. **10702715161104** <br><br> **Chase Auto Loan** <br> **800 Brooksedge Blvd.** <br> **Westerville, OH 43081** | | J | | **200 Ford Exployer** <br> **Debtor's are turning in Ford to eliminate car payment** | | | | **2,446.91** |
| Account No. **540168301762** <br><br> **Chase Credit Card** <br> **800 Brooksedge Blvd.** <br> **Westerville, OH 43081** | | J | | **Household necessities and clothing** | | | | **476.00** |

Sheet no. __**1**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **4,822.91**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J Fortescue, Sr,**          Case No. ___**09-12545**___
      **Jill L Fortescue**

                        Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Clovis Crane**<br>**708 Greble Road**<br>**Lebanon, PA 17046** | | H | **Horse Boarding** | | | | 1,600.00 |
| Account No.<br><br>**Deutsche Bank Trust Company Americas as Trustee for Residential Funding Company, LLC**<br>**1100 Corporate Center Drive**<br>**Raleigh, NC 27607-5066** | | J | 8/23/06<br>**1st Mortgage on 1517 Muhlenburg Drive, Blue Bell, PA, 19422-2616** | | | | 9,564.67 |
| Account No. 29716-0404<br><br>**GE Capital**<br>**Aegis Receivables Management, Inc.**<br>**PO Box 404**<br>**Fort Mill, SC** | | W | **Clothing at Old Navy for children** | | | | 439.02 |
| Account No. 7145010086<br><br>**HFC**<br>**PO Box 1547**<br>**Chesapeake, VA 23327** | | J | **Personal loan used to consolidate debt** | | | | 12,982.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**600 Arch Street**<br>**Philadelphia, PA 19106-1611** | | J | 2005<br>Taxes | | | | 183.48 |

Sheet no. __**2**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **24,769.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Fortescue, Sr,**    Case No. ___**09-12545**___
         **Jill L Fortescue**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1221** <br><br> **LMG Family Practice PC** <br> **1019 S. Broad Street** <br> **Lansdale, PA 19446-5338** | | H | **4/15/09** <br> **Medical treatment** | | | | 100.00 |
| Account No. <br><br> **Murray Rojas Racing** <br> **81 Huckleberry Road** <br> **Jonestown, PA 17038** | | H | **Horse Racing** | | | | 2,200.00 |
| Account No. **580044021** <br><br> **NovaCare** <br> **P.O. Box 827523** <br> **Blue Bell, PA 19422-3616** | | H | **April 2009** <br> **Medical treatment** | | | | 1,390.00 |
| Account No. **62591** <br><br> **PA Department of Revenue** <br> **Bureau of Business Trust Fund Taxes** <br> **Harrisburg, PA 17128-0910** | | H | **Cigarette Taxes** | | | | 2,593.74 |
| Account No. <br><br> **Penn National Raceway** <br> **777 Hollywood Boulevard** <br> **Grantville, PA 17028** | | H | **Horse Racing** | | | | 50.00 |

Sheet no. __**3**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,333.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **Edward J Fortescue, Sr,**                                           Case No.  __09-12545__
           **Jill L Fortescue**

                                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Horse Boarding | | | | |
| Pewter Stables Kathleen Demasi 167 Ewan Road Mullica Hill, NJ 08062 | | H | | | | | 6,000.00 |
| Account No. 4352-3767-0087-7632 | | | Household necessities, groceries and clothing | | | | |
| Target National Bank c/o Patenaude & Felix, A.P.C. 213 East Main Street Carnegie, PA 15106 | | J | | | | | 5,143.99 |
| Account No. | | | Horse Medical Treatment | | | | |
| Thoroughbred Veterinary Services PO Box 449 Point Pleasant, PA 18950 | | H | | | | | 800.00 |
| Account No. | | | Horse Boarding | | | | |
| Twin Ponds Richard Simoff PO Box 188 Lewisville, PA 19351 | | H | | | | | 1,000.00 |
| Account No. 610278707 | | | Telephone services | | | | |
| Verizon Pennsylvania, Inc. 500 Technology Drive Saint Charles, MO 63304 | | J | | | | | 111.00 |

Sheet no.  __4__  of  __5__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,054.99**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Fortescue, Sr,**                    Case No. ___**09-12545**___
       **Jill L Fortescue**

─────────────────────────────────────
      Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Cell phone services** | | | | |
| **Verizon Wireless** c/o Miracle Financial, Inc. 52 Armstrong Road Plymouth, MA 02360-4807 | | H | | | | | 1,038.18 |
| Account No. 4386-5422-1246-7465 | | | **1517 Muhlenburg Drive Blue Bell, PA 19422-3616** | | | | |
| **Wachovia Bank, N.A.** Prime Equity Line PO Box 98074 Charlotte, NC 28296-0064 | | J | | | | | 38,781.25 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 39,819.43 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 96,129.43 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Edward J Fortescue, Sr,**                               Case No.    __09-12545__
              **Jill L Fortescue**
                                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |   |   | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J/C | | | | | | |
| Account No. 10702715161104 | | | | | January 2007 | | | | | |
| Chase Auto Loan 800 Brooksedge Blvd. Westerville, OH 43081 | | | | J | Title<br><br>2002 Ford Explorer | | | | | |
| | | | | | Value $       5,000.00 | | | | 7,446.91 | 2,446.91 |
| Account No. 003-7635167-001 | | | | | Purchase Money Security Interest | | | | | |
| Dell Financial Services PO Box 5292 Carol Stream, IL 60197-5292 | | | | J | Dell Computer | | | | | |
| | | | | | Value $       300.00 | | | | 506.81 | 206.81 |
| Account No. | | | | | 8/23/06 | | | | | |
| Deutsche Bank Trust Company Americas as Trustee for Residential Funding Company, LLC 1100 Corporate Center Drive Raleigh, NC 27607-5066 | | | | J | 1st Mortgage<br><br>1517 Muhlenburg Drive Blue Bell, PA 19422-3616 | | | | | |
| | | | | | Value $     234,500.00 | | | | 244,064.67 | 9,564.67 |
| Account No. 4386-5422-1246-7465 | | | | | 2nd Mortgage | | | | | |
| Wachovia Bank, N.A. Prime Equity Line PO Box 98074 Charlotte, NC 28296-0064 | | | | J | 1517 Muhlenburg Drive Blue Bell, PA 19422-3616 | | | | | |
| | | | | | Value $     234,500.00 | | | | 38,927.30 | 0.00 |

__0__ continuation sheets attached

                                    Subtotal           290,945.69           12,218.39
                                 (Total of this page)

                                       Total           290,945.69           12,218.39
             (Report on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Edward J Fortescue, Sr,**                                        Case No. _____**09-12545**_____
          **Jill L Fortescue**
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re      **Edward J Fortescue, Sr,**
           **Jill L Fortescue**

Case No. ___**09-12545**___

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | 2005 | | | | | |
| **Internal Revenue Service** **600 Arch Street** **Philadelphia, PA 19106-1611** | J | | | | | Taxes | | | | | 0.00 |
| | | | | | | | | | | 444.41 | 444.41 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 444.41 | 444.41 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 444.41 | 444.41 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : CHAPTER 13

EDWARD J. FORTESCUE, SR.            : BKY. NO. 09-12545
JILL L. FORTESCUE,
        Debtors            :


## <u>DEBTORS' SUPPLEMENT TO MATRIX</u>

    The Debtor in the above-captioned case hereby supplements the Matrix filed in this case, pursuant to Fed. R. Bankr. P.1007-2(e).


Dated: <u>11/2/09</u>                        <u>/s/ Morton J. Grabel</u>
                                      Morton J. Grabel, Esquire

PA Department of Revenue
Bureau of Business Trust Fund Taxes
PO Box 280910
Harrisburg, PA  17128-0910

Nova Care
PO Box 827523
Philadelphia, PA  19182-7523

LMG Family Practice PC
1019 S. Broad Street
Lansdale, PA  19446-5338

# **DEBTORS' VERIFICATION**

I declare under penalty of perjury that I have read the attached Amended Schedules D, E and F and Supplement to Matrix and that it is true and correct to the best of my knowledge, information and belief.

Dated: 11/2/09                                  /s/ Edward J. Fortescue
                                                        Edward J. Fortescue

Dated: 11/2/09                                  /s/ Jill L. Fortescue
                                                        Jill L. Fortescue

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                : CHAPTER 13

EDWARD J. FORTESCUE, SR.  : BKY. NO. 09-12545
JILL L. FORTESCUE,
       Debtors         :


## <u>CERTIFICATE OF SERVICE</u>

I, Morton J. Grabel, attorney for the Debtors, hereby certify that a copy of the foregoing Amended Schedules D, E and F, and Supplement to Matrix has this day been served upon the United States Trustee's Office, the Trustee in this case and the affected creditors set forth on the attached list, by first-class mail.


Dated: 11/2/09            /s/ Morton J. Grabel
                            Morton J. Grabel, Esquire