IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward J. Fortesque and Jill Fortesque | : **CHAPTER 13** |
| | : |
| Debtors | : **CASE NO. 09-12545BIF** |

### DEBTORS' FOURTH AMENDED CHAPTER 13 PLAN

1.  The future earnings of the Debtors are submitted to the supervision and control of the Trustee and the debtors shall pay the Trustee the sum of:

    $   159.00 per month for a period of 8 months, commencing on or about May 5, 2009; and thereafter

    $   373.99 per month for a period of 52 months; for a total of:

    $20,719.48 over a period of 60 months

2.  From the payment so received, the Trustee shall make distributions in the following order of payment:

    (a)  To the Standing Trustee, his costs, expenses and commissions in accordance with certain statutes, then

    (b)  For or on account of administration expenses provided for under the Code or allowed by the Court, then

    (c) To the Priority Creditors of the Debtors, full payment in deferred cash payments, of all claims entitled to priority under § 507 of the U.S. Bankruptcy Code. Claim of Internal Revenue Service, in the amount of $444.41.

    (d)  To the secured creditors of the Debtor (s), as follows:

    The full claim of Dell Financial Services, in the amount of $506.81;

    The claim of arrears of Wachovia Mortgage, claim transferred to Wells Fargo, (claim no. 10 on the claims register in this case) in the amount of $ 17,475.92.

    (f)    Subsequent to/ pro rata with dividends to secured creditors (if any) dividends to unsecured creditors whose claims are timely filed, and duly allowed as follows: Pro Rata

3. Domestic Support Obligations: The Debtors owe no domestic support obligations, and therefore none are provided for under this Plan.

4. Adequate protection payments: No adequate protection payments are required in this Plan under 11 U.S.C. §1326(a)(1)(C).

5. Property to be surrendered to a creditor:

2002 Ford Explorer, to be surrendered to creditor Chase Auto Loan, in full satisfaction of any claim therefrom.

6.    The following executory contracts are rejected: None

7.    The following executory contracts are assumed: None

8.    The amount of a creditor's claim shall be fixed by the sum set forth in the Plan (as a percentage of the total amount to be paid through the plan). In absence of an objection, and if the Plan is confirmed, this amount shall constitute a finding as to the arrears owed.

9.    Title to the debtor's property shall revest in the debtor on confirmation of the Plan/ upon dismissal of the case after confirmation pursuant to the Bankruptcy Act.

Dated:December 12, 2009         /s/*Edward J. Fortesque*
                                      Edward J. Fortesque, Debtor


                                     /s/*Jill L. Fortesque*
                                     Jill L. Fortesque, Co-debtor